**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-00052-FDW-DSC**

| | |
|---|---|
| **AGDATA, L.P.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HARTFORD FIRE INSURANCE** | ) |
| **COMPANY,** | |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for John A. Little, Jr.]" (document #19) filed June 13, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court</u> <u>and as such are accountable for the substance of such submissions under Rule 11 of the Federal</u> <u>Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 13, 2013

_____

David S. Cayer
United States Magistrate Judge